**UNITED STATES of America, Plaintiff–Appellee.**

v.

**Enrique BUSTILLOS–TRILLOS, also known as Valentine Bustillos–Trillo, Defendant–Appellant.**

No. 14–50858
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2015.

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, San Antonio, TX, for Defendant–Appellant.

Enrique Bustillos–Trillos, Post, TX, pro se.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

**PER CURIAM:** *

The attorney appointed to represent Enrique Bustillos–Trillos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Bustillos–Trillos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.